# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: | : No. 2237 Disciplinary Docket No. 3 |
| | : |
| | : Board File No. C2-15-981 |
| DALE ROBERT WILES | : |
| | : (United States District Court for the |
| | : Eastern District of Pennsylvania, CR-15- |
| | : 00561) |
| | : |
| | : Attorney Registration No. 81649 |
| | : |
| | : (Lehigh County) |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of January, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Dale Robert Wiles is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.

Mr. Justice Eakin did not participate in the decision of this matter.